# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| **JUNIOR GAYE,** | : | |
| | : | **Civil Action Number:** |
| **Plaintiff,** | : | **1:12-cv-02154-SCJ** |
| | : | |
| **vs.** | : | |
| | : | |
| **PROTECT SECURITY, LLC, and** | : | |
| **GEORGE CHAVIER JONES,** | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Junior Gaye, by and through the undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1), hereby dismisses the above styled action with prejudice. All parties have agreed to this dismissal and will bear their respective costs.

Respectfully submitted,

**DELONG, CALDWELL, BRIDGERS & FITZPATRICK, LLC**

*s/ Kevin D. Fitzpatrick, Jr.*
Kevin D. Fitzpatrick, Jr.,
Ga. Bar No. 262375

*s/ Charles R. Bridgers*
Charles R. Bridgers
Ga. Bar No. 080791

3100 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
(404) 979-3171
(404) 979-3170 (f)
kevin.fitzpatrick@dcbflegal.com
charlesbridgers@dcbflegal.com

COUNSEL FOR PLAINTIFF


**KEEGAN LAW FIRM, LLC**

<u>*s/ Marcus G. Keegan*</u>
Marcus G. Keegan
Ga. Bar No. 410424

1418 Dresden Drive
Suite 240
Atlanta, GA 30319
(404) 842-0333
mkeegan@keeganlawfirm.com

COUNSEL FOR DEFENDANTS

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **JUNIOR GAYE,** | : | |
| | : | **Civil Action Number:** |
| **Plaintiff,** | : | **1:12-cv-02154-SCJ** |
| | : | |
| **vs.** | : | |
| | : | |
| **PROTECT SECURITY, LLC, and** | : | |
| **GEORGE CHAVIER JONES,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 6th day of August, 2012, I have caused to be served the foregoing NOTICE OF VOLUNTARY DISMISSAL to all parties of record through the electronic system of the Northern District of Georgia, Atlanta Division.

*s/Charles R. Bridgers*
Ga. Bar No. 262375
Counsel for Plaintiff